CASTOR COLÓN, demandante y apelante, *v.* PLAZUELA SUGAR COMPANY, demandada y apelada.

No. 6154 *

OPINIÓN DISIDENTE DEL JUEZ ASOCIADO SEÑOR WOLF

En general estoy de acuerdo con la opinión disidente emitida por el Juez Asociado Sr. Aldrey. Tengo alguna duda respecto a la cita que se hace de los casos de la *Iglesia Católica* v. *Combate Tobacco Corp.,* 42 D.P.R. 376, y *Álvarez* v. *Municipio,* 43 D.P.R. 521, en los cuales disentí. En otras palabras, dudo si el mero conocimiento de la existencia de los rieles obligaría a un adquirente ·a investigar. Además, me pregunto si el conocimiento de la existencia material de un escrito que trata de crear una servidumbre, sin que exista una inscripción, beneficiaría a un supuesto predio dominante en perjuicio de un comprador o de otra persona en igual posición.

No. 6329 *

MARÍA PUIG VIUDA DE CHANDRI, por sí y a nombre de sus menores hijos JOSÉ y MARÍA CHANDRI PUIG, demandantes, apelantes y apelados, *v.* RAMÓN SOTOMAYOR, y su esposa CONCEPCIÓN FLORES SOLÁ y JUAN SOLÁ GONZÁLEZ y su esposa MANUELA FLORES SOLÁ, demandados y apelados los dos primeros.

VOTO DISIDENTE DEL JUEZ ASOCIADO SEÑOR ALDREY

No estoy conforme con la opinión de la mayoría del tribunal en este caso por los motivos que expuse para disentir en el de *Fernández* v. *Luyando,* 46 D.P.R. 689.

* NOTA: Véase la opinión de la mayoría en la página 871.
* NOTA: Véase la opinión de la mayoría en la página 454.